### AFFIDAVIT OF FBI TFO KEITH LEDIN IN SUPPORT OF APPLICATION FOR A COMPLAINT

I, KEITH LEDIN, state:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Massachusetts State Trooper and an FBI Task Force Officer assigned to the FBI's Metro-Boston Gang Task Force. I have been employed as a State Trooper since November 2004. During my seventeen years as a State Trooper, I have been assigned to both the Uniformed Branch and the Division of Investigative Services. In August of 2014, I was assigned to the Southeastern Massachusetts Gang Task Force (SEMGTF). Over time, the SEMGTF has transitioned into the Metro Boston Gang Task Force (MBGTF). The MBGTF is a task force consisting of Troopers from the Massachusetts State Police Gang Unit, Agents from the Federal Bureau of Investigation (FBI), Detectives from Boston, Brockton, Westport, East Bridgewater and Bridgewater Police Departments and Sheriffs from both Suffolk and Bristol Counties. I have been cross-sworn into the FBI and the United States Marshals Service as a federal Task Force Officer.

2.      My duties include but are not limited to investigating criminal gang organizations and illicit narcotics enterprises, assisting in crime prevention and control, the investigation of firearm violations and offenses, and the investigation of narcotic violations and offenses. I have participated in hundreds of narcotics arrests, numerous illegal possession of firearm arrests, and long term and short term narcotic investigations. I have initiated and participated in investigations that involved physical surveillance, GPS monitoring, ping monitoring, Triggerfish location devices, pole camera monitoring, controlled purchases utilizing undercover officers, confidential informants, cooperating witnesses, the execution of knock and no-knock search warrants, the review of recorded (both audio and video) conversations and criminal activities,

and the analysis of telephone records. I have conducted and assisted in numerous undercover narcotic purchases, surveillance of narcotic transactions, and have participated in numerous search warrant executions involving criminal contraband. I have been the affiant in search warrants and co-affiant in wiretap investigations that have led to the seizure of criminal contraband including controlled substances and firearms. I have testified in courts throughout Massachusetts including Massachusetts Superior Court and District Court, as well as the U.S. District Court for the District of Massachusetts.

## PURPOSE OF AFFIDAVIT

3.	I submit this affidavit in support of an application for a Criminal Complaint charging Eric Spencer ("SPENCER") with: (1) possession with intent to distribute controlled substances, including marijuana and cocaine, in violation of Title 21, United States Code, Section 841(a)(1); and (2) possession of a firearm in furtherance of a drug trafficking crime in violation of Title 18, United States Code, Section 924(c) (the "Subject Offenses").

4.	I am familiar with the facts and circumstances of this investigation from my own personal participation and from oral reports made to me by FBI Special Agents and other state and local law enforcement agencies.

5.	This Affidavit is submitted for the limited purpose of establishing probable cause to believe that SPENCER committed the Subject Offense. Accordingly, I have not included each and every fact known to me and other law enforcement officers involved in this investigation. I have set forth only the facts that I believe are needed to establish the requisite probable cause.

## BASIS FOR PROBABLE CAUSE

6.	On July 21, 2022, at 5:00 am, law enforcement officers entered the residence of SPENCER pursuant to the execution of a federal search warrant. The address is 202 Birch

Street, Fall River, Massachusetts.

7. SPENCER lives on the property with his mother, stepfather, grandmother and sister. All members of the household were present during the search.

8. SPENCER resides in the basement of the property. In the basement, there is a bedroom, living room, laundry room, and pantry. The living room is adjacent to the bedroom.

9. Officers believe that SPENCER is the only person that resides in the basement of the property and the only person that uses the bedroom and living room. This information was confirmed by the other members of SPENCER's family.

10. Further, upon entering SPENCER's bedroom, officer observed multiple cards with SPENCER's name, including an army ID card and three credit cards, a check to SPENCER, and SPENCER's clothing.

11. Outside in the living room, officers observed SPENCER's clothing scattered around the room. On a coffee table in the center of the room, officers found mail addressed to SPENCER.

12. Officers found two firearms during the search of SPENCER's bedroom. Officers found a loaded Springfield Armory XD semi-automatic pistol on SPENCER's bed with a round in the chamber and an unloaded revolver in SPENCER's closet.

13. Officers also found a substantial amount of a green leafy substance consistent with marijuana. In this regard, the substance was identified as marijuana by Massachusetts State Police Trooper Robert McCarthy. Trooper McCarthy has been trained in the identification of controlled substances, including marijuana, and has experience investigating drug crimes, including crimes involving marijuana. Trooper McCarthy has been involved in the seizure of marijuana during his career and is aware of the properties of marijuana. Based on his training

and experience, Trooper McCarthy identified the green leafy substance as marijuana. The marijuana was loose and held in approximately three large containers. One of the containers was in SPENCER's bedroom closet and another container in the living room. Both containers were the size of a moving box, approximately two feet wide and tall. Officers also found a cooler in SPENCER's bedroom also containing loose marijuana, approximately 18 inches long by 12 inches high.[1] Based on my training and experience, the amount of loose marijuana found was consistent with a distributable amount.

14. In the bedroom, officers found various pieces of evidence consistent with SPENCER engaging in drug distribution. In the bedroom on the floor, officers found a Tupperware container which held one plastic bag containing approximately 26 grams of a white substance. The substance was subsequently subjected to a field test that identified the presence of cocaine. Based on my training and experience, 26 grams of cocaine is an amount consistent with distribution. In addition, in the bedroom dresser, officers also found approximately 4 twists of a substance that was subsequently field-tested and officers identified the presence of cocaine. The twists were made of plastic baggies. Based on my training and experience, this is a common way to package drugs for street-level sales. From the same dresser, officers recovered three digital scales. Based on my training and experience, these types of scales are commonly used by street-level drug dealers to weigh drugs for distribution. Officers also recovered plastic baggies in the bedroom dresser. Based on my training and experience, these types of baggies are commonly used to package drugs for street-level sales. Officers further recovered

---

[1] Officers also found a laundry basket, approximately three feet tall filled with marijuana, packaged into drawstring bags.

approximately $700 in United States currency was in the bedroom dresser. Officers also recovered approximately $200 in United States currency from the pants in the bedroom. Based on my training and experience, this currency, when viewed in context with the rest of the seized evidence, is consistent with drug trafficking proceeds. Officers also found in the dresser approximately 20 knives, brass knuckles, and multiple cell phones. Based on my training and experience, drug traffickers will use multiple cell phones to facilitate their distribution of drugs. Thus, the presence of the multiple cell phones is consistent with SPENCER engaging in the illegal distribution of controlled substances. Similarly, based on my training and experience, drug dealers will use weapons as a means of protecting their operations. As such the weapons recovered, including the loaded handgun, are consistent with SPENCER protecting his drug trafficking operation.

15. Inside the bedroom, officers also found a pistol with a CO2 cartridge that fired gumball seize rubber pellets. Outside of SPENCER's bedroom, approximately 3 inches from the bedroom door frame, in the living room, was a fully loaded twelve-gauge shotgun.

16. The total weight of the cocaine was approximately 30 grams. Based on my training and experience, 30 grams of cocaine is a distributable amount.

## CONCLUSION

17. Based upon the foregoing, there is probable cause to believe that on July 21, 2022, SPENCER did knowingly and intentionally possess with intent to distribute controlled substances, including marijuana and cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. 924(c).

I declare that the foregoing is true and correct.

*Keith Ledin*
KEITH LEDIN
Massachusetts State Trooper
FBI Task Force Officer

Time and Date:     4:57 p.m.   **Jul 21, 2022**

Notice is hereby provided that, pursuant to Federal Rule of Criminal Procedure 4.1, the affiant was sworn by telephone on the date and time indicated above.

*David H. Hennessy*
Honorable David H. Hennessy
United States Magistrate Judge